*Ikechukwu Umeugo,* in support of the petition.

*Michael J. Rose* and *DeAnn K. Seymour,* in opposition.

Decided December 30, 2003

NATIONAL LOAN INVESTORS, L.P. *v.* WORLD
PROPERTIES, LLC, ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 79 Conn. App. 725 (AC 23322), is denied.

*Jeffrey D. Cedarfield,* in support of the petition.

*Frederic S. Ury,* in opposition.

Decided January 7, 2004

MARK A. MASON *v.* COMMISSIONER OF
CORRECTION

The petitioner Mark A. Mason's petition for certification for appeal from the Appellate Court, 80 Conn. App. 142 (AC 22943), is denied.

*Alan E. Dillon,* special public defender, in support of the petition.

*Julia K. Conlin,* deputy assistant state's attorney, in opposition.

Decided January 7, 2004

DONALD CHARETTE ET AL. *v.* CITY OF
WATERBURY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 80 Conn. App. 232 (AC 23408), is denied.